CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7073
Fax: (415) 436-7000
william skewes-cox@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GERTRUDE WANGARI.,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. 4:26-cv-08225-HSG

**STIPULATION TO STAY PROCEEDINGS; ORDER**

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until January 19, 2027. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1. Plaintiff filed this action seeking adjudication of her Form I-589, Application for Asylum and for Withholding of removal. United States Citizenship and Immigration Services (USCIS) scheduled an interview for October 21, 2026. USCIS will work diligently towards completing adjudication of the Form I-589 application, absent the need for further adjudicative action or unforeseen or exceptional circumstances that would require additional time for adjudication

2. If needed by Plaintiff or her dependent(s), Plaintiff shall bring her own interpreter to her asylum interview. See https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-

provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to her interview may result in the interview being rescheduled at no fault of USCIS.

3. If needed, Plaintiff agrees to only make one interview reschedule request and to notify the San Francisco Asylum Office of the reschedule request, in writing, prior to the scheduled interview date. Plaintiff may email the reschedule request to SanFranciscoAsylum@uscis.dhs.gov.

4. Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 19, 2027, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: October 19, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney
Attorneys for Defendants

Dated: October 19, 2026

*/s/ Brian Jacobi*
BRIAN JACOBI
Manning Immigration
Attorney for Plaintiff

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/19/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge